**Order entered April 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00160-CV

### IN THE INTEREST OF L.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00890-W**

## ORDER

The reporter's record was due March 26, 2019. When it was not timely filed, we notified court reporter Martha Grant that the reporter's record was past due and directed her to file it by April 8, 2019. On April 10, 2019, appellant informed the Court in writing that the reporter's record had been requested. To date, the reporter's record has not been filed and we have had no communication from Ms. Grant.

We **ORDER** Martha Grant, Official Court Reporter for the 304th Judicial District Court, to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record in this appeal. We caution Ms. Grant that the failure to do so will result in the Court taking whatever remedies it has available to it to ensure this priority appeal proceeds in a timely fashion, which may include ordering that Ms. Grant not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea Martin Lane
Presiding Judge of the 304th Judicial District Court

Ms. Martha Grant
Official Court Reporter, 304th Judicial District Court

All parties

/s/     BILL WHITEHILL
JUSTICE